# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

February 5, 2019

Hon. James Orenstein
U.S. Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

                              Re:    Dominguez v. Architectural Sign Group, Inc.
                                       et al.
                                       Case No. 18-CV-5514 (KAM)(JO)

Dear Judge Orenstein:

      This office represents plaintiff in the above referenced action brought to recover alleged unpaid overtime wages under the Fair Labor Standards Act, 219 U.S.C. § 201, et seq. ("FLSA") and New York labor law. I write jointly with defendants' counsel, Aaron Solomon, to advise the Court that the parties have reached a settlement.

      We therefore ask the Court to grant the parties thirty days to execute a formal settlement agreement and file it with the court for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The parties further request that the initial conference scheduled for February 15, 2019 at 2:00pm be adjourned *sine die.*

                                                    Very truly yours,
                                                          /S/

                                                    Arthur H. Forman

AHF/ms