| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>       U.S. Magistrate Judge | Date:    <u>4/17/2019</u><br>Time:    <u>12:30 p.m.</u> |

*Gregorio Dominguez v. Architectural Sign Group Inc., et al.*
18-CV-5514 (KAM) (JO)

Type of Conference:  <u>Telephone</u>

Appearances:   Plaintiff        <u>Arthur H. Forman</u>

               Defendant     <u>Aaron N. Solomon</u>

Scheduling: The next <u>telephone</u> conference will be held on <u>May 15, 2019, at 12:30 p.m.</u>

Summary: The parties remain in agreement to settle the case. If the court approves the proposed settlement before the next conference scheduled above, I will cancel it; otherwise I respectfully direct the plaintiff's counsel to initiate the telephone conference call.

                                                         SO ORDERED

                                                         _____/s/_____
                                                         James Orenstein
                                                         U.S. Magistrate Judge