| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>        U.S. Magistrate Judge | | Date:<br>Time: | 5/15/2019<br>12:30 p.m. |

*Gregorio Dominguez v. Architectural Sign Group Inc., et al.*
18-CV-5514 (KAM) (JO)

Type of Conference:  Telephone

Appearances:    Plaintiff        Arthur H. Forman

                Defendant    Elizabeth V. Marchionni, Aaron N. Solomon

Scheduling: The next telephone conference will be held on June 12, 2019, at 12:30 p.m.

Summary: The parties remain in agreement to settle the case. The plaintiff's counsel will promptly file his contemporaneous billing records so that I can assess the proposed agreement's fee provision. If the court approves the proposed settlement before the next conference scheduled above, I will cancel it; otherwise I respectfully direct the plaintiff's counsel to initiate the telephone conference call.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge