| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>        U.S. Magistrate Judge | | Date:<br>Time: | 6/12/2019<br>12:30 p.m. |

*Gregorio Dominguez v. Architectural Sign Group, Inc., et al.*
18-CV-5514 (KAM) (JO)

Type of Conference:  Telephone

Appearances:    Plaintiff        Arthur H. Forman

                Defendant     Elizabeth V. Marchionni

Scheduling: The next telephone conference will be held on July 19, 2019, at 12:30 p.m.

Summary: The parties remain in agreement to settle the case. If the court approves the proposed settlement before the next conference scheduled above I will cancel it; otherwise I respectfully direct the plaintiff's counsel to initiate the telephone conference call.

                                    SO ORDERED

                                    _____/s/_____
                                    James Orenstein
                                    U.S. Magistrate Judge